STATE of Missouri, Respondent,

v.

Dennis Ray NASH,
Defendant/Appellant.

No. ED 102250

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: October 20, 2015

Ellen H. Flottman, 1000 West Nifong, Bldg. 7, Ste. 100, Columbia, MO 65203, for appellant.

Chris Koster, Atty. Gen., Christine Lesicko, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

#### ORDER

PER CURIAM

The defendant, Dennis Nash, appeals the judgment and sentence entered by the Circuit Court of St. Francois County following his conviction by a jury of one count of first-degree arson, in violation of section 569.040 RSMo. (Supp. 2014), and one count of first-degree property damage, in violation of section 569.100.[1] The trial court sentenced the defendant as a prior

1. All statutory references are to RSMo. (Supp. 2014).

and persistent offender to 25 years of imprisonment for the arson and to a concurrent term of seven years for the property damage. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 30.25(b).

